UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
IN OPEN COURT
APR 30 2008
/s/ Williams
U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 4:08CR00168 JLH |
| v. | ) |
| | ) 18 U.S.C. 1029(a)(2) |
| | ) 18 U.S.C. 2 |
| BRIDGET MIDDLETON | ) |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about June 29, 2006, in the Eastern District of Arkansas,

BRIDGET MIDDLETON

knowingly and with intent to defraud, aided and abetted by another, used an unauthorized access device, that is, an access device which had been obtained with the intent to defraud and such access device was used to obtain merchandise totaling approximately $5,594.66, and such transaction affected interstate commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(2) & 2.

JANE W. DUKE
United States Attorney

_/s/ Jana Harris_
UNITED STATES ATTORNEY/ASSISTANT
JANA HARRIS
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
501-340-2600