| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 4:08CR00168-01 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Bridget Middleton<br>2954 Highway 301 South<br>Delight, AR  71940 | Eastern District of Arkansas | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable J. Leon Holmes | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>September 2, 2009    TO<br>September 1, 2012 |

| OFFENSE | |
|---|---|
| Credit Card Fraud | FILED<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT ARKANSAS<br>DEC 16 2010<br>JAMES W. McCORMACK, CLERK<br>By: _____ |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF ARKANSAS"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Arkansas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_November 30, 2010_        _[signature]_
Date                     United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_12/9/10_        _[signature]_
Effective Date              United States District Judge